UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA            CASE NO. 20-60041-CR-DIMITROULEAS
      Plaintiff

vs.

DENZEL LAFRANCE
      Defendant

## ORDER GRANTING CONTINUANCE

This matter having come before the Court on the Defendant's Motion for Continuance. After due consideration, it is

ORDERED AND ADJUDGED that this case is hereby continued to the two-week trial calendar commencing June 15,2020, 2020 at 9:00 A.M. o'clock, or as soon thereafter as the case may be called.

**COUNSEL AND DFENDANT(S)** shall report to a Calendar Call to be held on FRIDAY, June 12,2020, at 9:00 a.m. o'clock. It being further

ORDERED that the period from the date of this order to the time of trial shall be deemed excludable in computing the time within which the trial of this case must commence pursuant to Title 18, U.S.C., Section 3161(h)(8)(A), this Court finds that the ends of justice served by continuing the trial outweigh the best interest of the public and the defendant(s) in a speedy trial.

DONE AND ORDERED this 15th day of April, 2020.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

cc:    Jodi Anton, AUSA
       Timothy Day, AFPD
.